IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHRISTOPHER HOLAWAY,

  Petitioner,

v.

STATE OF FLORIDA,

  Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5818

Opinion filed April 15, 2015.

Petition for Belated Appeal -- Original Jurisdiction.

Christopher Holaway, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

 The petition seeking a belated appeal of the order of November 7, 2014, denying petitioner's motion to correct sentence in Bay County Circuit Court case numbers 11-3573-C, 12-1433-C and 12-2607-C, is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal.

WOLF, BENTON, and RAY, JJ., CONCUR.